1 | PHILLIP A. TALBERT
United States Attorney
2 | JEFFREY A. SPIVAK
CODY S. CHAPPLE
3 | Assistant United States Attorney
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone:  (559) 497-4000
5 | Facsimile:  (559) 497-4099

6

7 | Attorneys for Plaintiff
United States of America

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,        CASE NO.  1:24-CR-000046-NODJ-BAM

13 |                Plaintiff,        STIPULATION TO CONTINUE AND EXCLUDE
TIME; AND ORDER

14 |           v.        DATE: August 14, 2024
TIME: 1:00 p.m.
15 | JOHN JAMES JOSE,        COURT: Hon. Barbara A. McAuliffe

16 |                Defendants.

17 |           The parties stipulate as follows:

18 |           1.       A grand jury indicted the defendant on February 29, 2024, charging him for violating 18

19 | U.S.C. § 13, CA VC § 10851(a), driving or taking vehicle not his own; and 36 C.F.R. § 2.32(a)(3),

20 | knowingly giving a false report and other false information to an authorized person investigating a

21 | violation of law and regulation. The defendant appeared and the court detained him.

22 |           2.       The Court set a status conference on April 24, 2024, which was continued to June 26,

23 | 2024, and again to August 14, 2024, and excluded time to that date.

24 |           3.       Now, the parties have met and conferred and agreed to continue the status conference from

25 | August 14, 2024, to October 23, 2024, to further provide the defendant with reasonable time necessary for

26 | effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-

27 | trial resolution of the case.

28 |           4.       The parties agree that the interests of justice served by granting this continuance outweigh

STIPULATION; ORDER                                           1

1   the best interests of the public and the defendant in a speedy trial. The parties also agree that the period

2   from August 14, 2024, through October 23, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. §

3   3161(h)(7)(A) and (h)(7)(B)(iv).

4          5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

5   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

6   must commence.

7          IT IS SO STIPULATED.

8

9    Dated:  August 12, 2024                          PHILLIP A. TALBERT
                                                        United States Attorney

10

11                                                      /s/ *Cody Chapple*
                                                        JEFFREY A. SPIVAK
                                                        CODY CHAPPLE

12                                                      Assistant United States Attorney

13

14   Dated:  August 12, 2024                          /s/ *Cristobal Perez*
                                                        Cristobal Perez

15                                                      Counsel for Defendant
                                                        John James JOSE

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION; ORDER                                       2

## **ORDER**

The Court has read and considered the parties' stipulation to continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1.      The status conference is continued from August 14, 2024, until **October 23, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**; and

2.      The period from August 14, 2024, through October 23, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

The parties stipulation is untimely, but nonetheless, in the interest of justice, the Court grants the continuance. Any future delay in timely submission of the stipulation may result in denial of the requested continuance.

IT IS SO ORDERED.

Dated:   **August 12, 2024**             /s/ *Barbara A. McAuliffe*             
                                         UNITED STATES MAGISTRATE JUDGE