PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000046-NODJ-BAM |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| JOHN JAMES JOSE, | DATE: October 23, 2024 |
| Defendants. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.  This case set for status conference on October 23, 2024. As set forth below, the parties now move, by stipulation, to continue the status conference one final time to January 22, 2025, and to exclude the time period between October 23, 2024 and January 22, 2025 under the Speedy Trial Act. If the case does not resolve by January 22, 2025, the parties will be prepared to set trial at the January 22, 2025 hearing.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2.  By previous order, this matter was set for status conference on October 23, 2024. By this stipulation, defendant now moves to continue the status conference one last time until until January 22, 2025, and to exclude time between October 23, 2024, and January 22, 2025, under Local Code T4. If

STIPULATION; [PROPOSED] ORDER         1

the case does not resolve by January 22, 2025, the parties will be prepared to set trial at the January 22, 2025 hearing.

    3.     The parties agree and stipulate, and request that the Court find the following:

         a)     The government has represented that the discovery associated with this case includes numerous investigative reports, witness interviews, and audio/video evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Supplemental discovery was recently provided consisting of cell phone forensic evidence.

         b)     Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case.

         c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

         d)     The government does not object to the continuance.

         e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

         f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2024 to January 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 15, 2024         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ JEFFREY A. SPIVAK
                                 JEFFREY A. SPIVAK
                                 Assistant United States Attorney

Dated:  October 15, 2024         /s/ Cristobal Perez
                                 Cristobal Perez
                                 Counsel for Defendant
                                 John James JOSE

## ORDER

IT IS SO ORDERED that the status conference is continued from October 23, 2024, to **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 15, 2024**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION; [PROPOSED] ORDER                    3