MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000046-NODJ-BAM |
|---|---|
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| JOHN JAMES JOSE, | DATE: January 22, 2025
TIME: 1:00 p.m.
COURT: Hon. Barbara A. McAuliffe |
| Defendants. | |

**STIPULATION**

1. This case set for status conference on January 22, 2025. As set forth below, the parties now move, by stipulation, to continue the status conference one final time to February 26, 2025, and to exclude the time period between January 22, 2025 and February 26, 2025 under the Speedy Trial Act. The parties have reached a resolution to the case and expect to file the plea agreement soon. The parties anticipate that the plea agreement will result in a guilty plea to a misdemeanor, to be handled by a United States Magistrate Judge, likely the Hon. Helena M. Barch-Kuchta because this case arises out of conduct at Yosemite National Park. *See* ECF # 41 (motion to dismiss felony count and reassign case).

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

2. By previous order, this matter was set for status conference on January 22, 2025. By this

STIPULATION; ORDER                                1

1  stipulation, defendant now moves to continue the status conference one last time until February 26,
2  2025, and to exclude time between January 22, 2025, and February 26, 2025, under Local Code T4.

3      3.    The parties have reached a resolution to the case and expect to file the plea agreement
4  soon.  The parties anticipate that the plea agreement will result in a guilty plea to a misdemeanor, to be
5  handled by a United States Magistrate Judge, likely the Hon. Helena M. Barch-Kuchta because this case
6  arises out of conduct at Yosemite National Park.  Today, the United States filed a motion to dismiss the
7  felony count (Count 1) and transfer the case to a U.S. Magistrate Judge for further proceedings because
8  the remaining charge is a Class B misdemeanor.  *See* ECF # 41 (motion to dismiss felony count and
9  reassign case).  If granted, that motion and order likely would result in the February 26, 2025 status
10 conference being vacated.

11     4.    The parties agree and stipulate, and request that the Court find the following:

12     a)    The government has represented that the discovery associated with this case
13 includes numerous investigative reports, witness interviews, and audio/video evidence.  All of
14 this discovery has been either produced directly to counsel and/or made available for inspection
15 and copying.  Supplemental discovery was recently provided consisting of cell phone forensic
16 evidence.

17     b)    Counsel for defendant desires additional time to consult with his/her client,
18 review the charges, conduct investigation and research, review discovery and discuss potential
19 resolution of the case.

20     c)    Counsel for defendant believes that failure to grant the above-requested
21 continuance would deny him/her the reasonable time necessary for effective preparation, taking
22 into account the exercise of due diligence.

23     d)    The government does not object to the continuance.

24     e)    Based on the above-stated findings, the ends of justice served by continuing the
25 case as requested outweigh the interest of the public and the defendant in a trial within the
26 original date prescribed by the Speedy Trial Act.

27     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
28 et seq., within which trial must commence, the time period of January 22, 2025 to February 26,

2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 15, 2025                                                MICHELE BECKWITH
                                                                                              Acting United States Attorney


                                                                                              /s/ JEFFREY A. SPIVAK
                                                                                              JEFFREY A. SPIVAK
                                                                                              Assistant United States Attorney


Dated:  January 15, 2025                                                /s/ Cristobal Perez
                                                                                              Cristobal Perez
                                                                                              Counsel for Defendant
                                                                                              John James JOSE


## ORDER

IT IS SO ORDERED that the status conference is continued from January 22, 2025 to **February 26, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **January 15, 2025**                                        /s/ Barbara A. McAuliffe
                                                                                              UNITED STATES MAGISTRATE JUDGE