MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOHN JAMES JOSE,<br><br>                              Defendants. | CASE NO. 1:24-CR-000046-NODJ-BAM<br><br>JOINT STATUS REPORT AND STIPULATION FOR SETTING OF CHANGE OF PLEA HEARING; AND ORDER<br><br>DATE: February 26, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1.      This case set for status conference on February 26, 2025 at 1:00 pm before the Hon. Barbara A. McAuliffe.   The indictment in the case charged a single felony charge (count 1) and a single class B misdemeanor charge (count 2). *See* indictment, ECF # 8.  The case arises out of Yosemite National Park. *See id*.

2.      On January 16, 2025, the Court granted the United States's Motion to Dismiss the felony charge in this case (Count 1).  ECF #44.  As a result of the Court's Order, the only charge remaining in the indictment is the single Class B misdemeanor charge (Count 2), charging 36 C.F.R. § 2.32(a)(3) – (false report or other false information to an authorized person).

3.      On February 5, 2025, the parties filed a plea agreement in this case.  ECF # 46.

4.      Accordingly, the parties request that Court set the matter for change of plea.  The parties are prepared to handle the matter before the Hon. Barbara A. McAuliffe or the Hon. Helena M. Barch-

Kuchta, whichever the Court deems appropriate.

IT IS SO STIPULATED.

Dated:  February 5, 2025                         MICHELE BECKWITH
                                                 Acting United States Attorney


                                                 /s/ JEFFREY A. SPIVAK
                                                 JEFFREY A. SPIVAK
                                                 Assistant United States Attorney

Dated:  February 5, 2025                         /s/ Cristobal Perez
                                                 Cristobal Perez
                                                 Counsel for Defendant
                                                 John James JOSE

### ORDER

IT IS SO ORDERED that the status conference set for February 26, 2025, is vacated. A change of plea and sentencing hearing is set for **March 4, 2025, at 10:00 a.m. in Yosemite before Magistrate Judge Helena M. Barch-Kuchta**.

IT IS SO ORDERED.

Dated:  **February 13, 2025**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE