# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN JAMES JOSE,<br><br>    Defendant. | Case No. 1:24-cr-00046-HBK<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

A detention hearing as to Defendant John James Jose was held on February 16, 2024. (ECF No. 3.) Defendant was ordered detained. (ECF No. 4.) Following a June 17, 2024 bail review hearing, Defendant was released with conditions, including a $10,000 cash bond. (ECF Nos. 26, 31.) On June 20, 2024, Jocelyn S. Jose posted a cash bond in the amount of $10,000 (Receipt # 100003035). The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 30 at 2.)

On March 4, 2025, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 46, 49.) On July 1, 2025, Defendant was sentenced to a term of probation. (ECF Nos. 58, 59.)

///

///

The Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $10,000 appearance bond should not be released to the surety. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated:   **August 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge