# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00046-HBK |
| Plaintiff, | ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |
| v. | |
| JOHN JAMES JOSE, | |
| Defendant. | |

A detention hearing as to Defendant John James Jose was held on February 16, 2024. (ECF No. 3.)  Defendant was ordered detained.  (ECF No. 4.)  Following a June 17, 2024 bail review hearing, Defendant was released with conditions, including a $10,000 cash bond.  (ECF Nos. 26, 31.)  On June 20, 2024, Jocelyn S. Jose posted a cash bond in the amount of $10,000 (Receipt # 100003035).  The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 30 at 2.)

On March 4, 2025, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.  (ECF Nos. 46, 49.)  On July 1, 2025, Defendant was sentenced to a term of probation.  (ECF Nos. 58, 59.)

On August 11, 2025, the Court ordered the Government to show cause in writing within fourteen days why the bond should not be released to the surety.  (ECF No. 60.)  On August 13,

1  2025, the Government filed a response stating that it does not oppose the release of the $10,000
2  appearance bond to the surety. (ECF No. 61.)

3  The Court finds that Defendant has complied with the conditions of his bond and that no
4  conditions remain to be satisfied.

5  Accordingly, IT IS HEREBY ORDERED THAT the $10,000 appearance bond posted by
6  Jocelyn S. Jose on behalf of John James Jose is exonerated. The Clerk of Court is DIRECTED to
7  serve a copy of this order on the surety and return the $10,000 appearance bond to the address on
8  record.

IT IS SO ORDERED.

Dated:   **August 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge